IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY ANDERSON, INDIVIDUALLY,
AND ON BEHALF OF THE WRONGFUL DEATH
OF BENEFICIARIES OF REBECCA ANDERSON                          PLAINTIFF

V.                                             CIVIL ACTION NO. 4:04CV246LN

GENERAL MOTORS CORPORATION                                    DEFENDANT

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause came on for hearing on the joint *ore tenus* motion of the parties for entry of an Order of Dismissal with Prejudice. The motion requests that Defendant General Motors Corporation ("GM") be fully and finally dismissed with prejudice. The Court, being advised that the parties are in agreement as to the dismissal, finds that the motion is well-taken and that it should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant GM be fully and finally dismissed, with prejudice. The Clerk of this Court shall enter this Order of dismissal with prejudice.

IT IS, FURTHER ORDERED, that this action be dismissed with prejudice.

IT IS FURTHER ORDERED, that the parties bear their own respective costs and attorney's fees.

                                                    /s/ Tom S. Lee           1/31/06
                                               UNITED STATES DISTRICT JUDGE

AGREED TO:


s/Robert G. Germany
ROBERT G. GERMANY
Attorney for Plaintiffs


s/Jimmy B. Wilkins
JIMMY B. WILKINS
Attorney for Defendant
General Motors Corporation


C:\Documents and Settings\712\Local Settings\Temp\notes6030C8\Agr.Order.Dismissal.3.wpd